UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DERMON RODRIGUEZ**                                          **CIVIL ACTION**

**VERSUS**                                                    **NO. 10-1591**

**STEVE RADER**                                               **SECTION: "B"(2)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, Record Document Number 8, and petitioner-inmate's objection to the Magistrate Judge's Report and Recommendation, prematurely seeking appeal to the circuit, Record Document Number 10, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Dermon Rodriguez for issuance of a writ of *habeas corpus* relief under Title 28, United States Code, §2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 13th day January, 2011.

_____
UNITED STATES DISTRICT JUDGE